```
NEAL M. COHEN (SBN 184978)
JAMES K. SAKAGUCHI (SBN 181010)
VALERIE L. SARIGUMBA (SBN 243713)
Vista IP Law Group LLP
2040 Main Street, 9th Floor
Irvine, California 92614
Tel: (949) 724-1849
Fax: (949) 625-8955
Attorneys for
     Vertical Doors, Inc.

B. LANCE ENTREKIN (Pro Hac Vice)
Law Offices of Lance Entrekin
One East Camelback Road, Suite 550
Phoenix, AZ  85012
Tel: (602) 954-1123
Fax: (602) 265-0372
Attorneys for
     Joe C. Morrow; Linda Hargrave; Airbagit.com Suspension, LLC;
     American Innovative Manufacturing, Inc.
```

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Vertical Doors, Inc.,<br>         v.<br>  Howitt et al.,<br>      *****<br>     Opus et al.<br>         v.<br>  Vertical Doors, Inc.<br>      *****<br>     Morrow et al.<br>         v.<br>  Vertical Doors, Inc. | SA CV 06-0984 JVS (ANx)<br>       consolidated with<br>SA CV 07-275 JVS (ANx)<br>       and with<br>ED CV 09-4685 JVS (ANx)<br><br>**NOTICE OF SETTLEMENT BETWEEN: VERTICAL DOORS, INC.; JOE C. MORROW; LINDA HARGRAVE; AIRBAGIT.COM SUSPENSION, LLC; and AMERICAN INNOVATIVE MANUFACTURING, INC.**<br><br>Honorable James V. Selna |

Pursuant to Local Rule 16-15.7, the following parties hereby notify the Court they have settled the above-captioned action:

1.   Vertical Doors, Inc.;

2.   Joe C. Morrow; Linda Hargrave; Airbagit.com Suspension, LLC; and American Innovative Manufacturing, Inc. (collectively "the Aim Parties").

1

A Stipulated Injunction has been filed concurrently herewith. Once the Stipulated Injunction is entered as an Order, Vertical Doors, Inc. and the Aim Parties will file dismissals. Nothing in this Notice of Settlement shall affect any other parties.

Respectfully submitted,

Dated: 12/22/2009

_____
Neal M. Cohen
Vista IP Law Group LLP
Attorneys for
    Vertical Doors, Inc.

Dated: 12/22/2009

_____
B. Lance Entrekin
Law Offices of Lance Entrekin
Attorneys for
    Joe C. Morrow;
    Linda Hargrave;
    Airbagit.com Suspension, LLC;
    American Innovative Mfg., Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, I served the foregoing document described as **NOTICE OF SETTLEMENT BETWEEN: VERTICAL DOORS, INC.; JOE C. MORROW; LINDA HARGRAVE; AIRBAGIT.COM SUSPENSION, LLC; and AMERICAN INNOVATIVE MANUFACTURING, INC.** to all parties to this action as set forth below, on the date set forth below, in the manner(s) checked below.

☐ By mail service to their attorney(s) of record, at the following address(es):

☒ By the Court's ECF system

**Counsel for The Hoffman Group Parties**

| | |
|---|---|
| Roy B. Thompson | TEL: (503) 245-6600 |
| Amy Bogran | FAX: (503) 244-8399 |
| Thompson * Bogran, P.C. | |
| 15938 SW Quarry Road, Suite B-6 | |
| Lake Oswego, OR 97035 | |
| E-mail: thompsonbogran@comcast.net | |
| E-Mail: roythompson@comcast.net | |
| E-mail: amymbogran@comcast.net | |
| | |
| Mark S. Hubert | TEL: (503) 234-7711 |
| 516 SE Morrison, Suite 1200 | FAX: (503) 224-0092 |
| Portland, OR 97214 | |
| E-mail: MarkHubert@pacifier.com | |
| | |
| Merrisa Coleman (merrisasjc@aol.com) | TEL (408) 294-4392 |
| Law Office of Merrisa L. Coleman | FAX (408) 294-4172 |
| 350 W. Julian St., Bldg. #6 | |
| San Jose, California 95110 | |

**Counsel for the AIM Parties**

| | |
|---|---|
| B. Lance Entrekin | TEL: (602) 954-1123 |
| Law Offices of Lance Entrekin | FAX: (602) 265-0372 |
| One East Camelback Road, Suite 550 | |
| Phoenix, AZ 85012 | |
| E-mail: lance@entrekinlaw.com | |
| | |
| Lloyd S Mann | TEL: (818) 789-0510 |
| Mann and Zarpas LLP | FAX (818) 789-0518 |
| 15233 Ventura Blvd Suite 714 | |
| Sherman Oaks, CA 91403 | |
| E-mail: lmann@mannzarpas.com | |

Executed <u>December 28, 2009</u>, Irvine, California.

/nmcohen/
Neal M. Cohen