```
 1  NEAL M. COHEN (SBN 184978)
    JAMES K. SAKAGUCHI (SBN 181010)
 2  VALERIE L. SARIGUMBA (SBN 243713)
    Vista IP Law Group LLP
 3  2040 Main Street, 9th Floor
    Irvine, California 92614
 4  Tel: (949) 724-1849
    Fax: (949) 625-8955
 5
    Attorneys for
 6      Vertical Doors, Inc.

 7
    B. LANCE ENTREKIN (Pro Hac Vice)
 8  Law Offices of Lance Entrekin
    One East Camelback Road, Suite 550
 9  Phoenix, AZ  85012
    Tel: (602) 954-1123
10  Fax: (602) 265-0372

11  Attorneys for
        Joe C. Morrow; Linda Hargrave; Airbagit.com Suspension, LLC;
12      American Innovative Manufacturing, Inc.
```

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Vertical Doors, Inc., | ) SA CV 06-0984 JVS (ANx) |
|---|---|
| v. | ) consolidated with |
| Howitt et al., | ) SA CV 07-275 JVS (ANx) |
| ***** | ) and with |
| Opus et al. | ) ED CV 09-4685 JVS (ANx) |
| v. | ) |
| Vertical Doors, Inc. | ) **STIPULATED PERMANENT INJUNCTION** |
| ***** | ) **AGAINST: JOE C. MORROW; LINDA** |
| Morrow et al. | ) **HARGRAVE; AIRBAGIT.COM** |
| v. | ) **SUSPENSION, LLC; and AMERICAN** |
| Vertical Doors, Inc. | ) **INNOVATIVE MANUFACTURING, INC.** |
|  | ) Honorable James V. Selna |

It appearing that Vertical Doors, Inc. ("VDI") on the one hand, and 1) Joe C. Morrow, 2) Linda Hargrave, 3) Airbagit.com Suspension, LLC, and 4) American Innovative

1

Manufacturing, Inc. (collectively "the AIM Parties") on the other hand, have stipulated to entry of the following Order, IT IS HEREBY ORDERED AS FOLLOWS:

1.   For purposes of this Order, "BOLT-ON VDC KITS" are any vertical door conversion kits or vertical door hinges intended to allow opening of a vehicle door outward (i.e., in a horizontal motion like typical car doors), and then upward (i.e., in a vertical motion), and that are designed to be bolted on to the vehicle frame and door, as opposed to welded on to the vehicle frame and door.

2.   The AIM Parties, named plaintiffs and counterclaim-defendants in the above-captioned action, along with their successors, general and limited partners, employees, agents, officers, directors and affiliates, including but not limited to, any and all other persons acting in concert with them, shall not manufacture, use, sell, or offer for sale, in the United States, or import into the United States, any BOLT-ON VDC KITS, and may not contribute to or actively induce others to do any of the above, except for BOLT-ON VDC KITS lawfully purchased or otherwise lawfully obtained directly from VDI (not from VDI's distributors or any other source).

3.   The court may retain jurisdiction over the parties to enforce this Order.

4.   No bond shall be required by VDI in connection with this Order.

5.   Nothing herein shall be construed as an admission by any party.

6. This Order shall automatically terminate upon the earlier of: a) expiration of the last to expire of United States Patent Nos. 6,845,547, 7,059,655, 7,140,075, 6,808,223, or any other United States patents claiming priority to any of the aforementioned patents; or b) the date all claims of all of the aforementioned (but non-expired) United States patents are adjudged to be invalid, and all appeals are exhausted.

**SO STIPULATED**

Dated: 12/21/2009

Neal M. Cohen
Vista IP Law Group LLP
Attorneys for
    Vertical Doors, Inc.

Dated: 12/21/2009

B. Lance Entrekin
Law Offices of Lance Entrekin
Attorneys for
    Joe C. Morrow;
    Linda Hargrave;
    Airbagit.com Suspension, LLC;
    American Innovative Mfg., Inc.

**IT IS SO ORDERED**

Dated: _____   By: _____
    Hon. James V. Selna
    United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, I served the foregoing document described as **STIPULATED PERMANENT INJUNCTION AGAINST: JOE C. MORROW; LINDA HARGRAVE; AIRBAGIT.COM SUSPENSION, LLC; and AMERICAN INNOVATIVE MANUFACTURING, INC.** to all parties to this action as set forth below, on the date set forth below, in the manner(s) checked below.

☐   By mail service to their attorney(s) of record, at the following address(es):

☒   By the Court's ECF system

**Counsel for The Hoffman Group Parties**

Roy B. Thompson  
Amy Bogran  
Thompson * Bogran, P.C.  
15938 SW Quarry Road, Suite B-6  
Lake Oswego, OR 97035  
E-mail: thompsonbogran@comcast.net  
E-Mail: roythompson@comcast.net  
E-mail: amymbogran@comcast.net  
TEL: (503) 245-6600  
FAX: (503) 244-8399

Mark S. Hubert  
516 SE Morrison, Suite 1200  
Portland, OR 97214  
E-mail: MarkHubert@pacifier.com  
TEL: (503) 234-7711  
FAX: (503) 224-0092

Merrisa Coleman (merrisasjc@aol.com)  
Law Office of Merrisa L. Coleman  
350 W. Julian St., Bldg. #6  
San Jose, California 95110  
TEL (408) 294-4392  
FAX (408) 294-4172

**Counsel for the AIM Parties**

B. Lance Entrekin  
Law Offices of Lance Entrekin  
One East Camelback Road, Suite 550  
Phoenix, AZ 85012  
E-mail: lance@entrekinlaw.com  
TEL: (602) 954-1123  
FAX: (602) 265-0372

Lloyd S Mann  
Mann and Zarpas LLP  
15233 Ventura Blvd Suite 714  
Sherman Oaks, CA 91403  
E-mail: lmann@mannzarpas.com  
TEL: (818) 789-0510  
FAX (818) 789-0518

Executed December 28, 2009, Irvine, California.

/nmcohen/  
Neal M. Cohen