```
 1  NEAL M. COHEN (SBN 184978)
    JAMES K. SAKAGUCHI (SBN 181010)
 2  VALERIE L. SARIGUMBA (SBN 243713)
    Vista IP Law Group LLP
 3  2040 Main Street, 9th Floor
    Irvine, California 92614
 4  Tel: (949) 724-1849
    Fax: (949) 625-8955
 5
    Attorneys for
 6      Vertical Doors, Inc.
 7
    B. LANCE ENTREKIN (Pro Hac Vice)
 8  Law Offices of Lance Entrekin
    One East Camelback Road, Suite 550
 9  Phoenix, AZ  85012
    Tel: (602) 954-1123
10  Fax: (602) 265-0372
11  Attorneys for
        Joe C. Morrow; Linda Hargrave; Airbagit.com Suspension, LLC;
12      American Innovative Manufacturing, Inc.
```

**JS-6**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Vertical Doors, Inc., | ) **CV 09-4685 JVS (ANx)*****  |
|---|---|
| v. | ) SA CV 06-0984 JVS (ANx) |
| Howitt et al., | )         consolidated with |
| ***** | ) SA CV 07-275 JVS (ANx) |
| Opus et al. | )         and with |
| v. | ) **STIPULATED PERMANENT INJUNCTION** |
| Vertical Doors, Inc. | ) **AGAINST: JOE C. MORROW; LINDA** |
| ***** | ) **HARGRAVE; AIRBAGIT.COM** |
| Morrow et al. | ) **SUSPENSION, LLC; and AMERICAN** |
| v. | ) **INNOVATIVE MANUFACTURING, INC.** |
| Vertical Doors, Inc. | ) Honorable James V. Selna |

It appearing that Vertical Doors, Inc. ("VDI") on the one hand, and 1) Joe C. Morrow, 2) Linda Hargrave, 3) Airbagit.com Suspension, LLC, and 4) American Innovative

1

Manufacturing, Inc. (collectively "the AIM Parties") on the other hand, have stipulated to entry of the following Order, IT IS HEREBY ORDERED AS FOLLOWS:

1. For purposes of this Order, "BOLT-ON VDC KITS" are any vertical door conversion kits or vertical door hinges intended to allow opening of a vehicle door outward (i.e., in a horizontal motion like typical car doors), and then upward (i.e., in a vertical motion), and that are designed to be bolted on to the vehicle frame and door, as opposed to welded on to the vehicle frame and door.

2. The AIM Parties, named plaintiffs and counterclaim-defendants in the above-captioned action, along with their successors, general and limited partners, employees, agents, officers, directors and affiliates, including but not limited to, any and all other persons acting in concert with them, shall not manufacture, use, sell, or offer for sale, in the United States, or import into the United States, any BOLT-ON VDC KITS, and may not contribute to or actively induce others to do any of the above, except for BOLT-ON VDC KITS lawfully purchased or otherwise lawfully obtained directly from VDI (not from VDI's distributors or any other source).

3. The court may retain jurisdiction over the parties to enforce this Order.

4. No bond shall be required by VDI in connection with this Order.

5. Nothing herein shall be construed as an admission by any party.

6. This Order shall automatically terminate upon the earlier of: a) expiration of the last to expire of United States Patent Nos. 6,845,547, 7,059,655, 7,140,075, 6,808,223, or any other United States patents claiming priority to any of the aforementioned patents; or b) the date all claims of all of the aforementioned (but non-expired) United States patents are adjudged to be invalid, and all appeals are exhausted.

**SO STIPULATED**

Dated: 12/21/2009

Neal M. Cohen
Vista IP Law Group LLP
Attorneys for
    Vertical Doors, Inc.

Dated: 12/21/2009

B. Lance Entrekin
Law Offices of Lance Entrekin
Attorneys for
    Joe C. Morrow;
    Linda Hargrave;
    Airbagit.com Suspension, LLC;
    American Innovative Mfg.,

**IT IS SO ORDERED**
Dated: January 05, 2010

By: /s/ James V. Selna
Hon. James V. Selna
United States District Judge

3

**CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, I served the foregoing document described as **STIPULATED PERMANENT INJUNCTION AGAINST: JOE C. MORROW; LINDA HARGRAVE; AIRBAGIT.COM SUSPENSION, LLC; and AMERICAN INNOVATIVE MANUFACTURING, INC.** to all parties to this action as set forth below, on the date set forth below, in the manner(s) checked below.

☐     By mail service to their attorney(s) of record, at the following address(es):

☒     By the Court's ECF system

**Counsel for The Hoffman Group Parties**

Roy B. Thompson                                             TEL: (503) 245-6600
Amy Bogran                                                     FAX: (503) 244-8399
Thompson * Bogran, P.C.
15938 SW Quarry Road, Suite B-6
Lake Oswego, OR 97035
E-mail: thompsonbogran@comcast.net
E-Mail: roythompson@comcast.net
E-mail: amymbogran@comcast.net

Mark S. Hubert                                             TEL: (503) 234-7711
516 SE Morrison, Suite 1200              FAX: (503) 224-0092
Portland, OR  97214
E-mail: MarkHubert@pacifier.com

Merrisa Coleman (merrisasjc@aol.com)     TEL (408) 294-4392
Law Office of Merrisa L. Coleman         FAX (408) 294-4172
350 W. Julian St., Bldg. #6
San Jose, California  95110

**Counsel for the AIM Parties**

B. Lance Entrekin                                 TEL: (602) 954-1123
Law Offices of Lance Entrekin             FAX: (602) 265-0372
One East Camelback Road, Suite 550
Phoenix, AZ  85012
E-mail: lance@entrekinlaw.com

Lloyd S Mann                                               TEL: (818) 789-0510
Mann and Zarpas LLP                           FAX  (818) 789-0518
15233 Ventura Blvd Suite 714
Sherman Oaks, CA 91403
E-mail: lmann@mannzarpas.com

Executed <u>December 28, 2009</u>, Irvine, California.

                                                                         /nmcohen/
                                                                         Neal M. Cohen